# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

INFOVISTA S.A., a foreign corporation, and INFOVISTA CORPORATION, a Delaware corporation,

V.

EMC CORPORATION, a Massachusetts corporation, and DOES 1-10, inclusive;

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

C 07 1197

JCS

E-filing

TO: (Name and address of defendant)

EMC Corporation
176 South Street
Hopkinton, MA 01748

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Amar L. Thakur, Esq.
Beni Surpin, Esq.
Jon E. Maki, Esq.
Nicole M. Lee, Esq.

SHEPPARD MULLIN RICHTER & HAMPTON LLP

A Limited Liability Partnership

12275 El Camino Real, Suite 200

San Diego, CA  92130

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE _____

MARY ANN BUCKLEY

(BY) DEPUTY CLERK

American LegalNet, Inc.
www.USCourtForms.com

## RETURN OF SERVICE

|  | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify)*:

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  | $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                            Date                                                                  Signature of Server

                                                                                  _____
                                                                                   Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

American LegalNet, Inc.
www.USCourtForms.com