UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

INFOVISTA S.A. and INFOVISTA CORPORATION

Plaintiff(s),

v.

EMC CORPORATION

Defendant(s).

No. C -07-1197

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: March 8, 2007        Signature _____

Counsel for Plaintiffs
(Plaintiff, Defendant, or indicate "pro se")