**United States District Court**
For the Northern District of California

1

2

3                    UNITED STATES DISTRICT COURT

4                    NORTHERN DISTRICT OF CALIFORNIA

5

6  INFOVISTA S.A., ET AL.,                    No.  C 07-01197 JCS

7              Plainitff(s),                  NOTICE OF IMPENDING
                                              REASSIGNMENT TO A UNITED STATES
8       v.                                    DISTRICT JUDGE

9  EMC CORPORATION,

10             Defendant(s).

11  _____/

12          The Clerk of this Court will now randomly reassign this case to a United States District

13  Judge because:

14          [X]     One or more of the parties has requested reassignment to a United States District

15  Judge or has not consented to the jurisdiction of a United States Magistrate Judge.

16          []      One or more of the parties has sought a type of judicial action (e.g., a temporary

17  restraining order) that a United States Magistrate Judge may not take without the consent of all

18  parties, the necessary consents have not been secured, and time is of the essence.

19          ALL HEARING DATES PRESENTLY SCHEDULED BEFORE MAGISTRATE JUDGE

20  SPERO ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE

21  JUDGE TO WHOM THIS CASE HAS BEEN REASSIGNED.

22

23  Dated:  March 9, 2007

24                                            Richard W. Wieking, Clerk
                                             United States District Court
25                                           _Karen L. Hom_
                                             _____
26                                           By: Karen L. Hom
                                             Courtroom Deputy
27  cc:  Intake

28