1 | CHRIS R. OTTENWELLER (STATE BAR NO. 73649)
2 | ERIC L. WESENBERG (STATE BAR NO. 139696)
  | DANIEL J. WEINBERG (State Bar No. 227159)
3 | ORRICK, HERRINGTON & SUTCLIFFE LLP
  | 1000 Marsh Road
4 | Menlo Park, CA  94025
  | Telephone:    650-614-7400
5 | Facsimile:    650-614-7401
  | E-mail:       cottenweller@orrick.com
6 | E-mail:       ewesenberg@orrick.com
  | E-mail:       dweinberg@orrick.com

Attorneys for Defendant
EMC Corporation

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| INFOVISTA S.A., a foreign corporation, and INFOVISTA CORPORATION, a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>EMC CORPORATION, a Massachusetts corporation, and DOES 1-10, inclusive;<br><br>Defendants. | Case No.  C 07-1197 JCS<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATE DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

/ / /

/ / /

| | | |
|---|---|---|
| 1 | Dated: March 14, 2007 | ORRICK, HERRINGTON & SUTCLIFFE LLP |

/s/ Chris R. Ottenweller /s/
--------------------------------
Chris R. Ottenweller
Attorneys for Defendant
EMC Corporation