| | |
|---|---|
| 1 | KRISHNENDU GUPTA (*Pro Hac Vice* Application Pending) |
| | WILLIAM CLARK (*Pro Hac Vice* Application Pending) |
| 2 | SCOTT OUELLETTE (*Pro Hac Vice* Application Pending) |
| | EMC CORPORATION |
| 3 | 176 South Street |
| | Hopkinton, MA 01748 |
| 4 | Telephone:   508-435-1000 |
| | Facsimile:   508-497-6915 |
| 5 | E-mail:      gupta_krish@emc.com |
| | E-mail:      clark_william@emc.com |
| 6 | E-mail:      ouellette_scott@emc.com |
| 7 | Attorneys for Defendant |
| | EMC Corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INFOVISTA S.A., a foreign corporation, and INFOVISTA CORPORATION, a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>EMC CORPORATION, a Massachusetts corporation, and DOES 1-10, inclusive;<br><br>Defendants. | Case No.  C-07-1197 MHP<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Scott Ouellette, an active member in good standing of the bar of the Commonwealth of Massachusetts, whose business address and telephone number is 176 South Street, Hopkinton, Massachusetts, 01748, (508) 435-1000, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing EMC Corporation.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application

1 | will constitute notice to the party. All future filings in this action are subject to the requirements
2 | contained in General Order No. 45, *Electronic Case Filing*.

Dated: _April 6_, 2007

_____
The Honorable Marilyn Hall Patel
United States District Court Judge