# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

INFOVISTA S.A., and INFOVISTA
CORPORATION,
                    Plaintiff(s),

                                        Case No. C 07 01197 (MHP)

                                        ADR CERTIFICATION BY PARTIES
                                        AND COUNSEL

                v.

EMC CORPORATION and
DOES 1-10,
                    Defendant(s).
_____/


        Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

        (1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

        (2) Discussed the available dispute resolution options provided by the Court and private entities; and

        (3) Considered whether this case might benefit from any of the available dispute resolution options.


Dated: May 18, 2007                            _____\s_____
                                               [Party]
                                               Lionel Bochurberg, Esq.
                                               INFOVISTA S.A. and
                                               INFOVISTA
                                               CORPORATION


Dated: May 18, 2007                            _____\s_____
                                               [Counsel]
                                               Amar L. Thakur, Esq.
                                               Sheppard Mullin Richter &
                                               Hampton LLP
                                               Counsel for Plaintiffs

Jon Maki hereby attests that he has Lionel Bochurberg and Amar Thakur's permission to file this document on their behalf.