UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INFOVISTA S.A., a foreign corporation, and INFOVISTA CORPORATION, a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>EMC CORPORATION, a Massachusetts corporation, and DOES 1-10, inclusive,<br><br>Defendant. | Case No. C-07-1197 MHP<br><br>**ADR CERTIFICATION BY PARTIES AND COUNSEL**<br><br>Judge:     Honorable Marilyn H. Patel |

Pursuant to Civil L.R. 16-8 (b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled "*dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45)*;

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: May 18, 2007

/s/ William Clark /s/
WILLIAM CLARK, ESQ.
EMC CORPORATION

Dated: May 18, 2007

/s/ Daniel Weinberg /s/
DANIEL WEINBERG
ORRICK, HERRINGTON & SUTCLIFFE LLP
Attorneys for Defendant
EMC CORPORATION