UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

INFOVISTA S.A., a foreign corporation, and
INFOVISTA CORPORATION, a Delaware
corporation,

        Plaintiffs,

    v.

EMC CORPORATION, a Massachusetts
corporation, and DOES 1-10, inclusive,

        Defendants.

CASE NO. C 07 01197 (MHP)

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

☐ have not yet reached an agreement to an ADR process
☒ request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference June 18, 2007

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Amar Thakur | Plaintiffs | (858) 720-8900 | athakur@smrh.com |
| Chris Ottenweller | Defendant | (650) 614-7400 | cottenweller@orrick.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

W02-WEST:6NML1\400318719.1         -1-

Dated: May 21, 2007                                    \s\ Jon E. Maki
　　　　　　　　　　　　　　　　　　　　Amar L. Thakur, CA Bar No. 194025
　　　　　　　　　　　　　　　　　　　　Beni Surpin, CA Bar No. 216386
　　　　　　　　　　　　　　　　　　　　Jon E. Maki, CA Bar No. 199958
　　　　　　　　　　　　　　　　　　　　Nicole M. Lee, CA Bar No. 222344
　　　　　　　　　　　　　　　　　　　　SHEPPARD MULLIN RICHTER &
　　　　　　　　　　　　　　　　　　　　HAMPTON LLP
　　　　　　　　　　　　　　　　　　　　　 A Limited Liability Partnership
　　　　　　　　　　　　　　　　　　　　　 Including Professional Corporation
　　　　　　　　　　　　　　　　　　　　12275 El Camino Real, Suite 200
　　　　　　　　　　　　　　　　　　　　San Diego, CA  92130-2006
　　　　　　　　　　　　　　　　　　　　Telephone:     (858) 720-8900
　　　　　　　　　　　　　　　　　　　　Facsimile:      (858) 509-3691
　　　　　　　　　　　　　　　　　　　　E-Mail: athakur@sheppardmullin.com

　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs
　　　　　　　　　　　　　　　　　　　　InfoVista S.A. and InfoVista Corporation

Dated: May 21, 2007                                    \s\ Daniel J. Weinberg
　　　　　　　　　　　　　　　　　　　　Chris R. Ottenweller, CA Bar No. 194025
　　　　　　　　　　　　　　　　　　　　Eric L. Wesenberg, CA Bar No. 139696
　　　　　　　　　　　　　　　　　　　　Daniel J. Weinberg, CA Bar No. 227159
　　　　　　　　　　　　　　　　　　　　ORRICK, HERRINGTON &
　　　　　　　　　　　　　　　　　　　　SUTCLIFFE LLP
　　　　　　　　　　　　　　　　　　　　　 A Limited Liability Partnership
　　　　　　　　　　　　　　　　　　　　　 Including Professional Corporation
　　　　　　　　　　　　　　　　　　　　1000 Marsh Road
　　　　　　　　　　　　　　　　　　　　Menlo Park, CA  94025
　　　　　　　　　　　　　　　　　　　　Telephone:     (650) 614-7400
　　　　　　　　　　　　　　　　　　　　Facsimile:      (650) 614-7401
　　　　　　　　　　　　　　　　　　　　E-Mail: cottenweller@orrick.com

　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant EMC
　　　　　　　　　　　　　　　　　　　　Corporation

Jon Maki hereby attests that he has Daniel Weinberg's permission to file this document on his behalf.