**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: June 18, 2007

Case No.   C 07-1197  MHP                    Judge: MARILYN H. PATEL

Title: INFOVISTA SA -v- EMC CORPORATION

Attorneys:  Plf: Jon Maki, Amar Thakur
            Dft: Daniel J Weinburg, Eric Wesenberg

Deputy Clerk:  Anthony Bowser   Court Reporter: not reported

**PROCEEDINGS**

1)   Case Management Conference

2)

3)

**ORDERED AFTER HEARING:**

Claims discussed; Matter referred to a Magistrate Judge for a settlement conference, to be completed within the next 60 to 90 days;

A further status conference set for 10/22/2007 at 3:00 pm, with a joint supplemental status report to be filed one week prior.