1

2              IN THE UNITED STATES DISTRICT COURT

3              FOR THE NORTHERN DISTRICT OF CALIFORNIA

4

5    INFOVISTA SA,                          No. C-07-1197 MHP  (MEJ)
                                            NOTICE AND ORDER SCHEDULING
6              Plaintiff(s),                SETTLEMENT CONFERENCE

7        vs.

8    EMC CORPORATION,

9              Defendant(s).
     _____/

10

11   TO ALL PARTIES and their Attorneys of Record:

12        PLEASE TAKE NOTICE that this case has been scheduled for a Settlement Conference

13   before Magistrate Judge Maria-Elena James.  The Settlement Conference shall take place on

14   **October 9, 2007,  at 10:00 a.m**. **in Judge James' <u>chambers</u>,** located at the Federal Building, 450

15   Golden Gate Avenue, 15th Floor, San Francisco, California 94102.  **The parties shall immediately**

16   **notify the Court if this matter settles or is dismissed before the settlement conference date.** On

17   the date of the settlement conference, counsel and parties shall use the telephone adjacent to

18   chambers' security entrance to notify the Court of their arrival.

19        Settlement Conference statements shall be submitted in accordance with Magistrate Judge

20   James' <u>STANDING</u> <u>ORDER</u> <u>RE:</u> <u>SETTLEMENT</u> <u>CONFERENCE</u> <u>PROCEDURES</u>, a copy of

21   which may be obtained from the Northern District of California's website at

22   http://www.cand.uscourts.gov/.  From the homepage, click on the "Judges" tab on the left margin,

23   then choose Magistrate Judge James.

24        When filing papers that require the Court to take any action (e.g. motions, calendaring issues,

25   administrative requests or a request to be excused from attendance), the parties shall, in addition to

26   filing papers electronically, lodge with chambers a printed copy of the papers by the close of the

27   next court day following the day the papers are filed electronically.  These printed copies shall be

28

**United States District Court**
For the Northern District of California

marked "Chambers Copy" and shall be submitted to the Clerk's Office, in an envelope clearly

marked with Judge James' name, case number and "E-Filing Chambers Copy." Parties shall not file

a paper copy of any document with the Clerk's Office that has already been filed electronically.

**Any proposed orders must also be emailed to: mejpo@cand.uscourts.gov**

Please contact the Courtroom Deputy Clerk, Brenda Tolbert, at (415) 522-4708 with any

questions.

IT IS SO ORDERED.

Dated: June 25, 2007

_____
MARIA-ELENA JAMES
United States Magistrate Judge

**United States District Court**
For the Northern District of California

2