# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## *HON. MAGISTRATE JUDGE MARIA-ELENA JAMES*

### CIVIL MINUTE ORDER

**DATE:** October 9, 2007
**TITLE:** Infovista -v- EMC Corp.                                **CASE #:** C-07-1197 MHP

### APPEARANCES:

| FOR PLAINTIFF: | FOR DEFENDANT: |
|---|---|
| Amar L. Thakur | Scott Quellette |
| Beni Surpin | Chris R. Ottenweller |
| Lionel Bochurberg | Eric Wesenberg |

**Deputy Clerk:** Brenda Tolbert                                **Reporter:**

### PROCEEDINGS:

\_\_\_\_ Case Management
\_\_\_\_ Further Case Management
\_\_\_\_ Status Conference
\_\_\_\_ Pretrial Conference
_X_ Settlement Conference (Length: 5 Hr/s.)
\_\_\_\_ Evidentiary Hearing
\_\_\_\_ Examination of Judgment Debtor
\_\_\_\_ Motions
\_\_\_\_ Other

### ORDER/RESULTS:

Conference Held  Parties Unable to Settle.

**Case Continued To:** _____          **For:** _____
**Case Referred To:**     MHP                         **For:**   Status/Setting

**ORDER TO BE PREPARED BY:**

cc: Chris, Chambers