```
 1  CHRIS R. OTTENWELLER (STATE BAR NO. 73649)
    ERIC L. WESENBERG (STATE BAR NO. 139696)
 2  DANIEL J. WEINBERG (STATE BAR NO. 227159)
    ORRICK, HERRINGTON & SUTCLIFFE LLP
 3  1000 Marsh Road
    Menlo Park, CA  94025
 4  Telephone:    650-614-7400
    Facsimile:    650-614-7401
 5  E-mail:       cottenweller@orrick.com
    E-mail:       ewesenberg@orrick.com
 6  E-mail:       dweinberg@orrick.com

 7  Attorneys for Defendant
    EMC CORPORATION
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INFOVISTA S.A., a foreign corporation, and INFOVISTA CORPORATION, a Delaware corporation,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>EMC CORPORATION, a Massachusetts corporation, and DOES 1-10, inclusive,<br><br>　　　　　　　Defendant. | Case No.  C-07-1197 MHP<br><br>**DEFENDANT EMC CORPORATION'S SEPARATE SUPPLEMENTAL STATUS REPORT**<br><br>Date:　　October 22, 2007<br>Time:　　3:00 p.m.<br>Judge:　　Hon. Marilyn Hall Patel |

Defendant EMC Corporation ("EMC") respectfully submits this Separate Supplemental Status Report in advance of the parties' October 22, 2007 Status Conference. EMC submits this report separately as a result of plaintiffs InfoVista S.A.'s and InfoVista Corporation's (together "InfoVista") last minute proposed changes to the case schedule. The case schedule was previously agreed to and submitted to the Court by the parties in the June 8, 2007 Joint Case Management Conference Statement (Docket Item No. 23). After 4:00 p.m. on the afternoon the status report was scheduled to be filed, InfoVista proposed, for the first time, a new case schedule. The new proposed schedule was made at such a late hour so as to deprive EMC any meaningful opportunity to review and respond to it.

## I. REPORT ON SETTLEMENT CONFERENCE

On October 9, 2007, the parties conducted a settlement conference before Magistrate Judge Maria-Elena James. The parties were unable to resolve the case. EMC will continue to pursue discovery in order to prepare for dispositive motion practice and trial.

## II. MOTIONS

No motions are currently pending.

## III. DISCOVERY

Pursuant to the Court's instructions at the initial Case Management Conference, EMC conducted limited, non-deposition, discovery in order to prepare for the settlement conference. Now that the parties have completed the settlement conference, EMC intends to pursue broader discovery in order to prepare for dispositive motion practice and trial. EMC adopts the statements regarding discovery made in the Joint Case Management Conference Statement (restated in relevant part below for the Court's convenience).

### A. Discovery EMC Intends To Pursue

EMC intends to pursue discovery concerning InfoVista's companies and dealings, InfoVista's products and services, including sales and marketing of such; InfoVista's past and current customers and markets and potential customers and markets; InfoVista's historical and current trademark licensing practices; InfoVista's litigation history concerning the "INFOVISTA" trademark and the alleged InfoVista Family of Marks; InfoVista's bases for its alleged causes of

action, including InfoVista's claim of actual confusion and likelihood of confusion; bases for InfoVista's request for award of EMC's profits; and InfoVista's alleged actual damages. EMC is not at this time aware of any appropriate, alternative methods of discovery that are available or that should be employed.

### B. Previously Agreed To Discovery Stipulations

EMC further adopts the stipulations previously agreed to by the parties. The parties believe that no limit of the number of document demands and requests for admission as set forth by the Federal Rules of Civil Procedure should apply to this case. Subject to the Court's approval, the parties have agreed that percipient witness depositions (excluding expert depositions) shall be limited to one hundred (100) hours total for all witnesses per side. Depositions of expert witnesses shall be limited to seven (7) hours per expert under the Federal Rules of Civil Procedure. Subject to the Court's approval, the parties have agreed to increase the number of interrogatories available to each side to 30 interrogatories. Additionally, the parties reserve the right to seek leave from the Court should later developments reveal that additional discovery is required.

### C. Protective Order

The Court entered a Stipulated Protective Order in this action on October 9, 2007.

### D. Timing Of Discovery And Other Discovery Issues

EMC suggests that fact discovery be scheduled to be completed within eleven (11) months following the status conference. EMC reserves its right to apply to the Court in the future for an order either permitting further discovery or imposing additional limitations upon discovery.

## IV. NARROWING OF ISSUES

EMC is not presently aware of any issues that can be narrowed by agreement or motion but reserves the right to seek such narrowing and will do so in conjunction with the mandatory Pretrial Conference.

V. **SCHEDULING**

EMC proposes the following case schedule. This schedule was agreed to and submitted to the Court by the parties in the June 8, 2007 Joint Case Management Conference Statement (Docket No. 23):

| | |
|---|---|
| Fact discovery (non-expert) cut-off | September 22, 2008 |
| Designation of experts, disclosures and expert reports | September 29, 2008 |
| Disclosure of rebuttal experts | October 20, 2008 |
| Expert discovery cut-off | November 24, 2008 |
| Dispositive motion cut-off (the parties will meet and confer regarding when dispositive motions should be set for hearing.) | December 29, 2008 |
| Final Pre-Trial Conference | January 19, 2009 |
| Trial commencing (The parties anticipate a one week jury trial). | February 16, 2009 |

Dated:     October 15, 2007          ORRICK, HERRINGTON & SUTCLIFFE LLP


                                    /s/ Daniel J. Weinberg /s/
                                    Daniel J. Weinberg
                                    Attorneys for Defendant
                                    EMC CORPORATION

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on October 15, 2007.

Dated: October 15, 2007.                    Respectfully submitted,


                                            /s/ Daniel J. Weinberg /s/
                                            Daniel J. Weinberg

OHS West:260320738.1

EMC'S SEPARATE SUPPLEMENTAL
STATUS REPORT
CASE NO. C-07-1197 MHP