CHRISTOPHER R. OTTENWELLER (State Bar No. 73649)
    cottenweller@orrick.com
ERIC L. WESENBERG (State Bar No. 139696)
    ewesenberg@orrick.com
DANIEL J. WEINBERG (State Bar No. 227159)
    dweinberg@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:    650-614-7400
Facsimile:    650-614-7401

Attorneys for Defendant
EMC CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INFOVISTA S.A., a foreign corporation, and INFOVISTA CORPORATION, a Delaware corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>EMC CORPORATION, a Massachusetts corporation, and DOES 1-10, inclusive,<br><br>    Defendant. | Case No.  C-07-1197 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE**<br><br>**[Civil L.R. 6-1(b), 6-2, and 7-12]**<br><br>Judge:    Honorable Marilyn H. Patel |

    Pursuant to Civil L. R. 6-1(b), 6-2, and 7-12, plaintiffs InfoVista S.A. and InfoVista Corporation (hereinafter collective referred to as "Plaintiffs") and defendant EMC Corporation ("Defendant") file this Stipulation and [Proposed] Order continuing the date of the October 22, 2007 Status Conference.

    On October 22, 2007 both Plaintiffs' lead counsel and Defendant's lead counsel will be traveling outside the Northern District of California.  This case has not been scheduled.  On October 15, the parties submitted supplemental status reports with competing proposed case schedules.  The parties agree that the attendance of lead counsel at the status conference is

necessary to address the dispute concerning the schedule of the case.  Accordingly, the parties hereby stipulate to continue the status conference from **October 22, 2007 at 3 p.m.** to **November 19, 2007 at 3 p.m.**

**IT IS SO STIPULATED.**

Dated: October 19, 2007                           ORRICK, HERRINGTON & SUTCLIFFE, LLP

                                                                    /s/ Daniel J. Weinberg /s/
                                                                    Daniel J. Weinberg
                                                                    Attorneys for Defendant
                                                                    EMC CORPORATION

Dated: October 19, 2007                           SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                                                                    /s/ Jon E. Maki /s/
                                                                    Jon E. Maki
                                                                    Attorneys for Plaintiffs
                                                                    INFOVISTA S.A. AND INFOVISTA CORPORATION

**Filer's Attestation:**  Pursuant to General Order No. 45, §X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.

Dated: October 19, 2007                           Respectfully submitted,

                                                                    /s/ Daniel J. Weinberg /s/
                                                                    Daniel J. Weinberg

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____    _____
                                                                    Judge of the Northern District of California

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on October 19, 2007.

Dated: October, 19, 2007.                        Respectfully submitted,

                                                                    /s/ Daniel J. Weinberg /s/
                                                                    Daniel J. Weinberg