CHRISTOPHER R. OTTENWELLER (State Bar No. 73649)
    cottenweller@orrick.com
ERIC L. WESENBERG (State Bar No. 139696)
    ewesenberg@orrick.com
DANIEL J. WEINBERG (State Bar No. 227159)
    dweinberg@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:	650-614-7400
Facsimile:	650-614-7401

Attorneys for Defendant
EMC Corporation

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| INFOVISTA S.A., a foreign corporation, and INFOVISTA CORPORATION, a Delaware corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>EMC CORPORATION, a Massachusetts corporation, and DOES 1-10, inclusive,<br><br>    Defendant. | Case No.  C-07-1197 MHP<br><br>**DECLARATION OF DANIEL WEINBERG IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE**<br><br>**[Civil L.R. 6-1(b), 6-2, and 7-12]**<br><br>Judge:	Honorable Marilyn H. Patel |

I, Daniel Weinberg, declare as follows:

1. I am an attorney with the law firm of Orrick, Herrington & Sutcliffe LLP and counsel for defendant EMC Corporation ("EMC"). I make this declaration in support of the Stipulation and [Proposed] Order continuing the status conference.

2. A Civil Status Conference is currently scheduled for October 22, 2007 at 3 p.m. On October 22, both plaintiffs InfoVista S.A.'s and InfoVista Corporation's (together "InfoVista") lead counsel and EMC's lead counsel will be traveling outside the Northern District of California. This case has not been scheduled. On October 15, the parties submitted supplemental status reports with competing proposed case schedules. The parties agree that the attendance of lead counsel at the status conference is necessary to address the dispute concerning the schedule of the case. Accordingly, the parties hereby stipulate to continue the status conference from October 22, 2007 at 3 p.m. to November 19, 2007 at 3 p.m.

3. There have been no prior time modifications in this case.

4. The continuance to which the parties have stipulated will effect the schedule for this case by moving the date of the status conference from October 22, 2007 at 3 p.m. to November 19, 2007 at 3 p.m. No other scheduled dates will be affected by this continuance.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on October 19, 2007 in Menlo Park, California.

                                                      /s/ Daniel J. Weinberg /s/
                                                           Daniel J. Weinberg

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on October 19, 2007.

Dated: October 19, 2007.              Respectfully submitted,

                                              /s/ Daniel J. Weinberg /s/
                                              Daniel J. Weinberg

OHS West:260323373.1        - 2 -       WEINBERG DECL. ISO STIPULATION AND
                                        [PROPOSED] ORDER CONTINUING STATUS
                                        CONFERENCE – CASE NO C-07-1197 MHP