IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INFOVISTA S.A.,<br><br>    Plaintiff,<br><br>  v.<br><br>EMC CORPORATION,<br><br>    Defendant. | No. C 07-01197 MJJ<br><br>**Clerk's Notice<br>Scheduling Case<br>Management Conference<br>on Reassignment** |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the attached certificate of service)

YOU ARE NOTIFIED THAT the Court has scheduled a *Case Management Conference* for **Tuesday, 11/27/07** at **2:00 PM** before the Honorable Martin J. Jenkins upon reassignment. Please report to Courtroom 11, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102. Not less than 10 days prior, counsel shall submit a joint case management conference statement.

For a copy of Judge Jenkins' Standing Order and other information, please refer to the Court's website at **www.cand.uscourts.gov**.

Dated: October 23, 2007                             FOR THE COURT,

                                                    Richard W. Wieking, Clerk

                                                    By: _____
                                                        R. B. Espinosa
                                                        Deputy Clerk