UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## *CIVIL MINUTES*

**Judge:** **MARTIN J. JENKINS**

**Date**: November 27, 2007

**Case No:** C 07-01197 MJJ

**Case Title**: INFOVISTA S.A., et al.  v.  EMC CORPORATION

**Appearances:**

    For Plaintiff(s): Amar Thakur, Nathaniel Bruno

    For Defendant(s): Eric Wesenberg, Daniel Weinberg

**Deputy Clerk**:  Rowena B. Espinosa      **Court Reporter**: not reported

## *PROCEEDINGS*

1. Case Management Conference - held

MOTION/MATTER: ( ) Granted
                   ( ) Denied
                   ( ) Granted in part/Denied in part
                   ( ) Taken under submission
                   ( ) Withdrawn/Off Calendar
                   (X) Continued to: **Tuesday, 07/08/08 @ 2:00 PM for Status**

## *SUMMARY*

- This matter is referred to Mag. Judge James for settlement to be held in December 2008.
- Pretrial is set for Tuesday, 01/20/09 at 3:30 PM; 5-day JT is set for Monday, 01/26/09 @ 8:30.
- Parties are to file a 2-page letter to the Court if there is any discovery dispute.  Discovery motions will not be entertained without prior approval from this Court.


Cc: BT; WH