1
2
3                    UNITED STATES DISTRICT COURT
4                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
5                              SAN JOSE DIVISION
6

7  INFO VISTA S.A.,                      Case Number CV-07-1197-JF
8                    Plaintiff,
   V.                                    Status Conference
9
   EMC CORPORATION,                      April 25, 2008
10                   Defendant.
                                         CLERK'S NOTICE
11  _____

12
13  To all Parties and Attorneys of Record:
14  A Status Conference has been set on April 25, 2008 at 10:30 a.m.
15  before Judge Jeremy Fogel.  Please report at that time to courtroom 3 on the
16  5th floor of the U.S. District Court, 280 S. First St., San Jose, California.
17
18  March 13, 2008                        For the Court
                                          Richard W. Wieking, Clerk
19
20                                        By:___/s/_____
                                          Diana Munz
21                                        Courtroom Deputy Clerk
22
23
24
25
26
27
28