CHRISTOPHER R. OTTENWELLER (State Bar No. 73649)
    cottenweller@orrick.com
ERIC L. WESENBERG (State Bar No. 139696)
    ewesenberg@orrick.com
DANIEL J. WEINBERG (State Bar No. 227159)
    dweinberg@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: 650-614-7400
Facsimile: 650-614-7401

Attorneys for Defendant
EMC CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INFOVISTA S.A., a foreign corporation, and INFOVISTA CORPORATION, a Delaware corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>EMC CORPORATION, a Massachusetts corporation, and DOES 1-10, inclusive,<br><br>    Defendant. | Case No. C 07-1197 JF<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE**<br><br>**[Civil L.R. 6-1(b), 6-2, and 7-12]**<br><br>Judge: The Honorable Jeremy Fogel |

    Pursuant to Civil L. R. 6-1(b), 6-2, and 7-12, plaintiffs InfoVista S.A. and InfoVista Corporation (hereinafter collective referred to as "Plaintiffs") and defendant EMC Corporation ("Defendant") file this Stipulation and [Proposed] Order continuing the date of the April 25, 2008 Status Conference.

    The parties have reached an agreement in principle to settle the case and are continuing discussions to finalize a settlement agreement. Accordingly, the parties stipulate to continue the Status Conference, currently set for **April 25, 2008, at 10:30 a.m.** to **May 30, 2008 at 10:30 a.m.**, or such other date as the Court may set.

1  **IT IS SO STIPULATED.**

Dated: April 15, 2008          ORRICK, HERRINGTON & SUTCLIFFE, LLP

　　　　　　　　　　　　　　　　　　 /s/ Daniel J. Weinberg /s/
　　　　　　　　　　　　　　　　　　 Daniel J. Weinberg
　　　　　　　　　　　　　　　　　　 Attorneys for Defendant
　　　　　　　　　　　　　　　　　　 EMC CORPORATION

Dated: April 15, 2008          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

　　　　　　　　　　　　　　　　　　 /s/ Nicole M. Lee /s/
　　　　　　　　　　　　　　　　　　 Nicole M. Lee
　　　　　　　　　　　　　　　　　　 Attorneys for Plaintiffs
　　　　　　　　　　　　　　　　　　 INFOVISTA S.A. AND INFOVISTA CORPORATION

**Filer's Attestation:** Pursuant to General Order No. 45, §X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.

Dated: April 15, 2008          Respectfully submitted,

　　　　　　　　　　　　　　　　　　 /s/ Daniel J. Weinberg /s/
　　　　　　　　　　　　　　　　　　 Daniel J. Weinberg

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____    _____
　　　　　　　　　　　　　　　　　　 Judge of the Northern District of California

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on April 15, 2008.

Dated: April 15, 2008.　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ Daniel J. Weinberg /s/
　　　　　　　　　　　　　　　　　　　　　　　　Daniel J. Weinberg