1  CHRISTOPHER R. OTTENWELLER (State Bar No. 73649)
    cottenweller@orrick.com
2  ERIC L. WESENBERG (State Bar No. 139696)
    ewesenberg@orrick.com
3  DANIEL J. WEINBERG (State Bar No. 227159)
    dweinberg@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
5  Menlo Park, CA  94025
   Telephone:   650-614-7400
6  Facsimile:    650-614-7401

7  Attorneys for Defendant
   EMC CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INFOVISTA S.A., a foreign corporation, and INFOVISTA CORPORATION, a Delaware corporation,<br><br>              Plaintiffs,<br><br>    v.<br><br>EMC CORPORATION, a Massachusetts corporation, and DOES 1-10, inclusive,<br><br>              Defendant. | Case No.  C 07-1197 JF<br><br>**DECLARATION OF DANIEL WEINBERG IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE**<br><br>**[Civil L.R. 6-1(b), 6-2, and 7-12]**<br><br>Judge:    The Honorable Jeremy Fogel |

I, Daniel Weinberg, declare as follows:

1. I am an attorney with the law firm of Orrick, Herrington & Sutcliffe LLP and counsel for defendant EMC Corporation ("EMC"). I make this declaration in support of the Stipulation and [Proposed] Order to Continue Status Conference.

2. A Civil Status Conference is currently scheduled for April 25, 2008 at 10:30 a.m. The parties have reached an agreement in principle to settle the case and are continuing discussions to finalize a settlement agreement. Accordingly, the parties hereby stipulate to continue the status conference from April 25, 2008 at 10:30 a.m. to May 30, 2008 at 10:30 a.m.

3. There have been no prior time modifications in this case. The parties did stipulate to continue a previous status conference before Judge Marilyn Hall Patel. However, before the stipulation was ruled upon, the case was reassigned to Judge Martin J. Jenkins and all matters were taken off calendar. *See* Docket Item Nos. 32-34.

4. The continuance to which the parties have stipulated will effect the schedule for this case by moving the date of the status conference from April 25, 2008 at 10:30 a.m. to May 30, 2008 at 10:30 a.m. No other scheduled dates will be affected by this continuance.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on April 15, 2008 in Menlo Park, California.

/s/ Daniel J. Weinberg /s/
Daniel J. Weinberg

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on April 15, 2008.

Dated: April 15, 2008.                    Respectfully submitted,

                                          /s/ Daniel J. Weinberg /s/
                                          Daniel J. Weinberg