# ORDER

Pursuant to and based on the above April 23, 2008 Stipulation of plaintiffs INFOVISTA S.A. and INFOVISTA CORPORATION (collectively "INFOVISTA") and defendant EMC CORPORATION ("EMC") (the "PARTIES"), wherein the PARTIES have entered into a Settlement Agreement (the "Agreement") which resolves the claims and defenses that were or could have been asserted in this action and the PARTIES agree this Court has jurisdiction over the subject matter of this action and over all Parties to this action and should retain jurisdiction over the Agreement, IT IS HEREBY ORDERED THAT:

1. The Complaint in this action and all claims asserted therein are dismissed with prejudice, each PARTY shall bear its own costs and attorneys' fees; and

2. This Court shall retain jurisdiction over the Agreement.

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED:  4/24/08                             _____
                                             HONORABLE JEREMY FOGEL
                                             United States District Court Judge